# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Patzold, | Civ. No. 20-1526 (PJS/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| State of Minnesota, | |
| Respondent. | |

IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer to the petition for a writ of habeas corpus of Petitioner Dennis Patzold, showing cause why the writ should not be granted.

2. Respondent's answer must fully comply with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts and must include a reasoned memorandum of law and fact fully stating respondent's legal position on Mr. Patzold's claims. The answer must be filed with the Court within thirty days of the date of this order, and a copy of the answer must be served upon Mr. Patzold simultaneously with such filing.

3. If Mr. Patzold intends to file a reply to the answer, he must do so within thirty days of the date when respondent's answer is filed. Thereafter, no further submissions from either party will be permitted, except as expressly authorized by Court order.

1

4. Mr. Patzold's application to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**.

Dated: July 30, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge